**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**


**FREDERICK STACY,**

      **Petitioner,**

**vs.**                                                        **Case No. 4:13cv125-MW/CAS**

**FLORIDA DEPARTMENT OF CORRECTIONS,**

      **Respondent.**

_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

After direction by this Court, Petitioner Frederick Stacy, proceeding pro se, has filed an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 4. Petitioner has also filed a motion for leave to proceed in forma pauperis. Doc. 5.

Petitioner is currently incarcerated at the Avon Park Correctional Institution in Avon Park, Florida, which is located in Polk County, in the Middle District of Florida. Doc. 4; *see* 28 U.S.C. § 89(b). Petitioner states that he is challenging a judgment and sentence entered on February 22, 1999, by the Thirteenth Judicial Circuit, Hillsborough County, Florida, following his entry of a guilty plea. Doc. 4. Hillsborough County is also located in the Middle District of Florida. *See* 28 U.S.C. § 89(b).

Because Petitioner is not incarcerated in this district and does not challenge the judgment of a state court located in this district, jurisdiction is not appropriate here. 28 U.S.C. § 2241(d) (providing that state prisoner may file habeas petition in district where he was convicted and sentenced or in district where he is incarcerated). Jurisdiction is appropriate in the United States District Court for the Middle District of Florida. *See id.* Therefore, it is respectfully **RECOMMENDED** that the case file be **TRANSFERRED** to the United States District Court for the Middle District of Florida, Tampa Division, for all further proceedings. *See* M.D. Fla. R. 1.02(b)(4).

**IN CHAMBERS** at Tallahassee, Florida, on July 2, 2013.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO PARTIES

**Within fourteen (14) days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**